**U.S. Department of Justice**

Federal Bureau of Prisons

Office of the Warden

---

Metropolitan Correctional Center
150 Park Row
New York, New York 10007
(646) 836-6333, (646) 836-7712 (Fax)

April 16, 2012

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:  EMILINO VASQUEZ**
    **REGISTER NUMBER: 64598-053**
    **CRIMINAL NUMBER: 08 CR 65(S-1) (SLT)**

Dear Judge Townes:

We are in receipt of your Court Order pursuant to Title 18, United States Code, Section 4241(b), dated March 19, 2012, in the case of Mr. Emilino Vasquez.

Mr. Vasquez was designated at the Metropolitan Correctional Center, New York, New York, on April 12, 2012. In order to provide the Court with a comprehensive and thorough report, we generally ask for 30 days from the date of arrival, which would conclude on May 11, 2012.

If the Court requires an expedited evaluation, we will make every effort to accommodate. Thank you for your consideration in this matter.

Sincerely,

Suzanne R. Hastings
Warden

SH/DB/db